JAMESBURG TRAINING SCHOOL FOR BOYS AND GIRLS
v. CHARLES THOMAS.

April 6, 1981.

Petition for certification denied.

HERITAGE BANK–NORTH v. JOSEPH E. SHAMY.

April 6, 1981.

Petition for certification denied.

IN THE MATTER OF JACK BARENSE v. STATE OF NEW
JERSEY AND PUBLIC EMPLOYMENT
RELATIONS COMMISSIONS.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RESTITUTU VALENTIN.

April 6, 1981.

Petition for certification denied.